UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

===============================================

CEDRIC REID, 00-A-6988,

                        Plaintiff,

                                                    **DECISION AND ORDER**
                                                    08-CV-870A

            v.

JOHN H. NUTTALL et al.,

                        Defendants.

===============================================

        This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr.,

pursuant to 28 U.S.C. § 636(b)(1).  On May 12 and May 20, 2009, defendants

filed motions (Dkt. Nos. 10 and 14) to dismiss plaintiff's complaint.  On March 11,

2010, Magistrate Judge Schroeder filed a Report and Recommendation that

recommended:

        (1)    that this Court sever the claims against those defendants who work

                in prisons in the Northern District of New York for events occurring

                there, and transfer those claims to the Northern District;

        (2)    that this Court deny any transferred defendant's motion to dismiss as

                moot;

        (3)    that this Court defer to the Northern District regarding any issues

                concerning service of process on Northern District defendants

                Stallone, Sarra, and Davia; and

(4)     that this Court grant the motions to dismiss by those defendants who

         work at the Southport Correctional Facility, which is located in the

         Western District of New York.

Plaintiff filed objections to the Report and Recommendation on May 3,

2010.  Defendants filed a response to plaintiff's objections on May 4, 2010.

         Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a *de novo*

determination of those portions of the Report and Recommendation to which

objections have been made.  Upon a *de novo* review of the Report and

Recommendation, and after reviewing the submissions from the parties, the

Court adopts the proposed findings of the Report and Recommendation.

         Accordingly, for the reasons set forth in Magistrate Judge Schroeder's

Report and Recommendation:

(1)     the Court severs defendants Norman R. Bezio, J. Wolczyk, H.D.

         Graham, David Stallone, T. Quinn, Head, M. Chindamo, Robert

         Davia, Denise B. Sarra, N. Ryerson, T.J. Gamba, M. Mogavero,

         Justin A. Taylor, P. LeConey, R. Pirie, A. Taylor, M. Leone,

         DeMarco, A. Jacot, R. Stiles, H. Hooper, R. Geddis, S. Bateman and

         M. Leonard from this case.  The Clerk of the Court is directed to take

         the steps necessary to transfer so much of this case as concerns

         those defendants to the Northern District of New York;

(2)     the Court denies as moot the motions to dismiss filed in this case by

the now-transferred defendants; and

(3)     the Court grants the motions to dismiss by defendants John H.

Nuttall, P. Corcoran, M. Sheahan and Kathy Washburn.  The Clerk

of the Court is directed to close this case upon completion of the

transfer to the Northern District described above.

SO ORDERED.


*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: May 20, 2010