**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

─────────────────────────────────────────────

**CEDRIC REED,**

                **Plaintiff,**

     v.                                                 **9:10-CV-0609
                                                            (NAM/CFH)**

**J. WOLCZYK; T. QUINN; DENISE B. SARRA,**

                **Defendants[1].**

─────────────────────────────────────────────

**APPEARANCES:**                                  **OF COUNSEL:**

**CEDRIC REID
00-A-6988
Livingston Correctional Facility
Post Office Box 91
Sonyea, New York 14556
Plaintiff** *Pro Se*

**HON. ERIC T. SCHNEIDERMAN**          **CHRISTOPHER W. HALL, ESQ.**
**Attorney General for the**                **Assistant Attorney General**
**State of New York
The Capitol
Albany, New York 12224-0341
Attorney for Defendants**

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Christian F. Hummel, duly filed on the 23rd day of October 2011. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

---

[1] Twenty-six defendants were previously dismissed by orders dated May 20, 2010 (Dkt. No. 31 and Dkt. Entry dated 5/25/2010) and April 26, 2011 (Dkt. No. 63).

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for summary judgment (Dkt. No. 78) is granted as to all claims and all defendants and Reid's complaint is dismissed with prejudice.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: November 14, 2012
Syracuse, New York

Honorable Norman A. Mordue
U.S. District Judge